**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 09-1814**

—————————

ROMAN TIFFER,

Plaintiff – Appellant,

v.

WORKERS COMPENSATION; LIBERTY MUTUAL INSURANCE CORPORATION;
ABACUS CORPORATION; THE CIRCUIT COURT FOR BALTIMORE CITY,

Defendants – Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William  D.  Quarles,  Jr.,  District
Judge.  (1:09-cv-01550-WDQ)

—————————

Submitted:  August 20, 2009          Decided:  August 26, 2009

—————————

Before WILKINSON  and  MICHAEL,  Circuit  Judges,  and  HAMILTON,
Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Roman Tiffer, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roman Tiffer appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tiffer v. Workers Comp., No. 1:09-cv-01550-WDQ (D. Md. June 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED